**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEUTSCHE BANK NATIONAL
TRUST COMPANY,

        Plaintiff,        Civil Case No. 08-CV-10550

v.

                              PAUL D. BORMAN
BRENDA MARSHALL,        UNITED STATES DISTRICT JUDGE

        Defendant.
_____/

## ORDER DISMISSING CASE

The Court has reviewed the Defendant's Removal and attached state court pleadings and finds it lacks subject matter jurisdiction over this claim.

Pursuant to Fed. R. Civ. P. 12(h)(3), if the Court "determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." In the instant action, Defendant Brenda Marshall has failed to show that she removed the action from state court within 30 days of "after the receipt by the defendant, through service or otherwise, of a copy of the <u>initial</u> pleading . . . ." nor could she, as Defendant is attempting to remove a case pending appeal. 28 U.S.C. § 1446(b) (emphasis added). Further, Defendant failed to attach the original state court pleadings and has only attached her "complaint/brief" filed on appeal. Such a removal is improper and as a result the Court lacks subject matter jurisdiction over this on-going state action.

Therefore, the Court **DISMISSES** the instant action for lack of subject matter jurisdiction.

**SO ORDERED.**

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: February 29, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 29, 2008.

                                              s/Denise Goodine
                                              Case Manager